UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA

\- V -

THOMAS YANG,

                Defendant.

---X

ORDER

IND. NO. 3:21-CR-00389-GC

    Upon the application of Christopher Renfroe, Esq., attorney for the above defendant, requesting the removal of substance abuse testing as a condition of pretrial release for Thomas Yang, and

    On consent of Rhonda LeGrand of the U.S. Pretrial Services Agency, and

    On consent of Assistant United States Attorney Mark Pesce, it is hereby

    ORDERED, that substance abuse testing be removed as a condition of pretrial release for defendant Thomas Yang.

Dated: Forest Hills, NY

    July 23, 2025

Entered: 7/29/25

                                                  HON. GEORGETTE CASTNER